AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

NORTHERN ILLINOIS & IOWA LABORERS HEALTH
AND WELFARE TRUST AND JIM DEDECKER AND
STEVE TONDI, in their capacities as Trustees
of the TRUST
V.
BARCLAY PULLMAN CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-4045

TO: (Name and address of Defendant)

DAVID ANDERSON, REGISTERED AGENT
262 E. 90TH STREET
DAVENPORT, IA 52806

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN S. CALLAS
THE LAW CENTRE, LTD.
329 18TH STREET
ROCK ISLAND, IL 61201

an answer to the complaint which is served on you with this summons, within _____Twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                           August 15, 2007
CLERK                                      DATE

s/Tina Peeples
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                Signature of Server

                                          _____
                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.