UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

NORTHERN ILLINOIS & IOWA LABORERS ) 
HEALTH & WELFARE TRUST and JIM )
DEDECKER and STEVE TONDI, in their )
Capacities as Trustees of the TRUST, ) No. 07-4045
                                                                                       )
     Plaintiffs, )
                                                                                     )
vs. )
                                                                                     )
BARCLAY PULLMAN CORPORATION, )
                                                                                     )
     Defendants. )

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff, Northern Illinois & Iowa Laborers Health and Welfare Trust and Jim DeDecker and Steve Tondi, in their capacities as Trustees of the Trust, by and through one of its attorneys, John S. Callas, for McCarthy, Callas, Fuhr & Ellison, P.C., and hereby moves this Court for entry of a Default Judgment in favor of the Plaintiff and against the Defendant, and in support thereof states as follows:

1. This Motion is made pursuant to FRCP 55.

2. On or about August 15, 2007, Plaintiff filed the action herein. Summons was issued concurrent therewith.

3. On or about August 24, 2007, Defendant was duly served.

4. Defendant has failed to appear, plead or otherwise file a Motion within twenty (20) days as required under FRCP Rule 12.

WHEREFORE, Plaintiff prays this court enter judgment on the issue of liability and set forth the matter for hearing on damages plus other relief as the Court deems just and equitable.

Entered this 26 day of September, 2007.

/s/ John S. Callas

McCarthy, Callas, Fuhr
   & Ellison, P.C.
The Law Centre
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800