E-FILED
Wednesday, 31 October, 2007  10:53:05 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | | |
|---|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-cv-4045 |
| v. | ) ) | |
| BARCLAY PULLMAN CORPORATION, | ) ) | |
| Defendant. | ) | |

**O R D E R**

Before the court is the First Motion for Default Judgment filed by Plaintiffs on September 26, 2007 [Doc. 4]. The Motion is DENIED WITHOUT PREJUDICE.

Plaintiffs indicate that Defendant was served on August 24, 2007 and that Defendant has failed to appear, plead, or otherwise respond to the summons. The summons itself is addressed to David Anderson, Defendant's registered agent. However, the person actually served is Chris Abbott. There is no explanation from Plaintiffs, in their Motion, as to who Chris Abbott is. While the return of service states that Chris Abbott is a "Reg agent," he is not listed on the summons nor is he listed as a registered agent on the Iowa Secretary of State's webpage. Iowa Secretary of State, http://www.sos.state.ia.us/ (follow "Search Databases" hyperlink; then follow "Iowa Corporations" hyperlink). Without some sort of indication that

service comports with Federal Rule of Civil Procedure 4(h)(1), default will not be entered at this time.

Entered this  31st  day of October, 2007

                                                  s/ Joe B. McDade
                                                  JOE BILLY McDADE
                                      United States District Judge