UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WLEFARE TRUST AND JIM DEDECKER AND STEVE TONDI, in their capacities as Trustees of the Trust,<br><br>　　　Plaintiff,<br><br>vs.<br><br>BARCLAY PULLMAN CORPORATION<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 07-4045<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUPPLEMENTAL STATEMENT OF VENUE

NOW COMES the Plaintiff, by and through their attorneys, McCarthy, Callas, Fuhr & Ellison, P.C. and in response to the Court's request for a supplemental statement of venue, hereby responds and states as follows:

1. The Collective Bargaining Agreement referred to in the Complaint is between Defendant Contractor, Barclay Pullman Corporation and the Laborer's Union Local 309, located at 2835 7th Avenue, Rock Island, situated in the County of Rock Island, State of Illinois.

2. The Health and Welfare benefits which are the subject of this litigation are due and payable at the Health and Welfare Fund Office, also located at 2835 7th Avenue, Rock Island, situated in the County of Rock Island, State of Illinois.

　　　　　　　　　　　　　　　　/s/ John S. Callas
　　　　　　　　　　　　　　　　Attorney for Plaintiff

McCarthy, Callas, Fuhr
　& Ellison, P.C.
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100