E-FILED
Thursday, 08 November, 2007 01:56:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WLEFARE TRUST AND JIM DEDECKER AND STEVE TONDI, in their capacities as Trustees of the Trust,<br>    Plaintiff,<br><br>vs.<br><br>BARCLAY PULLMAN CORPORATION<br>    Defendant. | )<br>)<br>)<br>) No. 07-4045<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF PROCESS SERVER**

STATE OF ILLINOIS    )
                     )ss:
COUNTY OF ROCK ISLAND )

1. I am, M. Marc Irvin, of Professional Investigation Services.

2. I state that I personally served the Summons and Complaint in the case of Northern Illinois & Iowa Laborers Health and Welfare Trust and Jim DeDecker and Steve Tondi, in their capacities as Trustees of the Trust v. Barclay Pullman Corporation, filed in the United States District Court for the Central District of Illinois bearing case No. 07-4045.

3. The Registered Agent, David Anderson, is now deceased.

4. I personally served the President of the corporation, namely, Chris Abbott, at 620 W. Valley Drive, Eldridge, IA.

5. I know Chris Abbott to be the President and Registered Agent of Barclay Pullman Corporation as I have served other court Summons and Complaints on Chris Abbott, as President and Registered Agent.

6. Chris Abbott advised me that he is the President and Registered Agent.

Further Affiant sayeth naught.

_____
M. Marc Irvin

Subscribed and sworn to before me this 6 day of November, 2007.

_____
Notary Public

PAM OWENS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
April 02, 2011