UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Northern Illinois & Iowa Laborers Health
and Welfare Trust,             )
        Plaintiff    )
                     )
v.                             )     Case No. 07-4045
                     )
Barclay Pullman Corp.,         )
        Defendant    )

**ORDER**

The file in this case shows that service upon Barclay Pullman Corp. was effected on the President of the Corporation (who is also its Registered Agent), Chris Abbott, on August 24, 2007. See, Return of Service Executed (Doc. #3) and Affidavit of Service (Doc. #8). Defendant's deadline for filing a responsive pleading was therefore September 19, 2007. No responsive pleading has been filed. Accordingly, the Clerk is directed to ENTER DEFAULT against the defendant Barclay Pullman Corporation.

Ruling on Plaintiff's motion for default judgment (Doc. #4) is DEFERRED, pending an evidentiary hearing to establish damages. A telephone conference to discuss scheduling that hearing is set for Monday December 10, 2007 at 11:05 a.m. The Court will set up the call.

Counsel for Plaintiff is directed to send, return receipt requested, a copy of this order upon the defendant. If defendant wishes to participate in the telephone conference, a telephone number must be provided to the Clerk of the Court (at 309/671-7117) prior to the hearing.

ENTER this 13th day of November, 2007.

                      s/ John A. Gorman

                      JOHN A. GORMAN
              UNITED STATES MAGISTRATE JUDGE