**E-FILED**
Friday, 16 November, 2007   10:24:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH & WELFARE TRUST and JIM DeDECKER and STEVE TONDI, in their Capacities as trustees of the TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> BARCLAY PULLMAN CORPORATION, <br><br> Defendant. | Case No. 07-4045 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the Order entered November 13, 2007 was sent to Barclay Pullman Corporation, certified mail, return receipt requested, on the 16 day of November, 2007.

/s/ John S. Callas

McCarthy, Callas, Fuhr
 & Ellison, P.C.
The Law Centre
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800