UNITED STATES DISTRICT COURT
CENTRAL DISTRCT OF ILLINOIS

NORTHERN ILLINOIS & IOWA )
LABORERS HEALTH AND WELFARE )
TRUST AND JIM DEDECKER AND )
STEVE TONDI, in their capacities as ) No. 07-4045
Trustees of the TRUST, )
)
    Plaintiff, )
)
vs. )
)
BARCLAY PULLMAN CORPORATION, )
)
    Defendant. )

## AFFIDAVIT OF DELINQUENCY AND DAMAGES

STATE OF ILLINOIS )
                             ) ss:
COUNTY OF ROCK ISLAND )

1. My name is Julie Lage.

2. I am the Fund Administrator for the Northern Illinois & Iowa Laborers Health and Welfare Trust.

3. My job duties include, but are not limited to, calculation of contractor delinquency balances in the event contractors either refuse or fail to file timely reports in accordance with the Collective Bargaining Agreement, or, failure to make full and complete payments following the timely filing of a benefit report.

4. I have become personally familiar with the account of Barclay Pullman Corporation. as a result of the failure of Barclay Pullman Corporation to pay benefits for the months of October, November and December, 2006. In the ordinary course of

1

business, I match all signatory contractors and reports to determine which, if any, contractors have failed to file their monthly report and pay benefits in a timely basis.

5. As a result of the failure to file timely and accurate reports, I caused numerous demand letters to be issued to Barclay Pullman Corporation to no avail.

6. As a result of Barclay Pullman's failure to file reports and pay benefits per the Collective Bargaining Agreement, total contributions and delinquencies owed to date are the total sum of $7,918.56. This sum includes contributions due the Health & Welfare Fund only.

7. As a result of the failure of Barclay Pullman Corporation to timely respond to Fund demands, the Fund engaged the additional services of attorney Philip R. O'Brien of Reinhart, Boerner, VanDeuren, S.C. to prepare and file litigation proceedings. To date his attorney fees and court costs are the sum of $1,375.55. The Fund has also engaged local counsel, John S. Callas, of McCarthy, Callas, Fuhr & Ellison, P.C. and he has incurred the sum of $1,823.75 as and for attorney fees and court costs. In my opinion, both attorney's charges and hourly rates are reasonable in light of the market and their respective experience handling ERISA collection matters.

8. The total amount due the Fund would be the amount of $11,117.86.

_____
Julie Lage

Subscribed and sworn to before me this 19 day of December, 2007.

_____
Notary Public

OFFICIAL SEAL
JENNIFER NOPPE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-19-2011

McCarthy, Callas, Fuhr
 & Ellison, P.C.
The Law Centre
P.O. Box 3100
329 Eighteenth Street

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRCT OF ILLINOIS

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST AND JIM DEDECKER AND STEVE TONDI, in their capacities as Trustees of the TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>BARCLAY PULLMAN CORPORATION,<br><br>Defendant. | No. 07-4045 |

## JUDGMENT ORDER

This cause comes on before the Court; the Court having reviewed the Affidavit previously having been filed herein and further having entered a default judgment on the issue of liability in favor of the Plaintiff and against the Defendant; the Court being fully advised HEREBY ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

Judgment is hereby entered in favor of the Plaintiff and against the Defendant in the amount of $11,117.86, plus costs. Execution shall issue.

Entered this _____ day of _____, 20___.

_____
JUDGE

1