E-FILED
Thursday, 20 December, 2007  01:06:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRCT OF ILLINOIS

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST AND JIM DEDECKER AND STEVE TONDI, in their capacities as Trustees of the TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>BARCLAY PULLMAN CORPORATION,<br><br>Defendant. | No. 07-4045 |

## JUDGMENT ORDER

This cause comes on before the Court; the Court having reviewed the Affidavit previously having been filed herein and further having entered a default judgment on the issue of liability in favor of the Plaintiff and against the Defendant; the Court being fully advised HEREBY ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

Judgment is hereby entered in favor of the Plaintiff and against the Defendant in the amount of $11,117.86, plus costs.  Execution shall issue.

Entered this _____ day of _____, 20___.

_____
JUDGE