AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Thursday, 20 December, 2007 02:04:35 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Northern Illinois & Iowa Laborers Health and Welfare Trust, Jim DeDecker and Steve Tondi, in their capacities as Trustees of the TRUST**

vs.                                                                                           Case Number:    **07-4045**

**Barclay Pullman Corporation**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiffs and against the defendant in the amount of $11,117.86, plus costs.-------------------------------------------------------------------

ENTER this 20th day of December, 2007

JOHN M. WATERS, CLERK

S/Denise Koester

_____
BY:  DEPUTY CLERK